Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central District of California

Southern Division



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 21 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___PNE___ DEPUTY

IFP Submitted

— NO·CV-30
— N/S

Arturo Michael Amezcua

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

CoM Financial

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:21-CV-01081-JVS(DFMx)

_(to be filled in by the Clerk's Office)_

## COMPLAINT AND REQUEST FOR INJUNCTION

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if
        needed.

        Name                      Arturo M. Amezcua
        Street Address            7645 El Capitan Way
        City and County           Buena Park, Orange County
        State and Zip Code        California, 90620
        Telephone Number          657-377-7873
        E-mail Address            Artmamezcua@gmail.com

   B.   **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
        individual, a government agency, an organization, or a corporation. For an individual defendant,
        include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name — GM Financial

Job or Title *(if known)*

Street Address — Po Box 18145

City and County — Arlington

State and Zip Code — TX, 76096

Telephone Number — 817-302-7032

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 USC 1601

15 USC 1692

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        The amount is not more then 75,000.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        On 5/8/21, I entered into a consumer credit transaction with GM Financial. They then took my credit and sold me a retail Installment Sale contract. In this contract they violated my consumer rights under 15 USC 1605 multiple times. They did not give me my right to rescind pursuant to 15 USC 1635. GM Financial has falsley mislead me to believe I owe this amount of money that is reporting on my credit reports further damaging my reputation.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        May 8th 2021, 12 oclock noon.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

I have attached to this packet an unrebutted affadavit
with exhibits and a green return receipt further proving
what I'm saying is fact.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

My consumer rights have been violated first off. My reputation
is being damaged as we speak through the credit reporting agencies with this
"LOAN" from GM Financial. This "Loan" from GM Financial is affecting my finances
I had to put down $5500 to get approved for a loan using my own credit, I need
that down payment back immediately. The faster I can get this cleared from my
Credit reports, have the title lien free, and damages paid to me the faster I can go
about living my life stress free.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

I have attached a form Titled RELIEF further explaing
my damages and reliefs I want the courts to address.
1. $41,635.22 via check
2. Title of my vehicle lien free
3. Zero out the balance on all credit reporting agencies.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6-18-21

Signature of Plaintiff

Printed Name of Plaintiff    Arturo Michael Amezcua

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# RELIEF

I have provided proof that GM FINANCIAL violated me under The Truth In
Lending Act and Pursuant to 15 USC 1640 in the case of an individual
action twice the amount of any finance charge in connection with the
transaction. My finance charge is $15,567.61 times 2 is $31,135.22

Pursuant to 15 USC 1605 The finance charge does not include charges of
a type payable in a comparable cash transaction. Since this was a
consumer credit translation there shouldn't have to be any payments or
down payments which I had to put down in order to get "approved" by my
own credit. This amount is $5500. I have exhibits to follow this claim.

I have GM FINANCIAL violating me 5 times with exhibits attached to this
package i have sent in further proving my case, each violation im charging
them $1000 making the total $5000.
The total amount for damages is $41,635.22. I would like a check made
out to Arturo M Amezcua.

And lastly I want the title to my vehicle Lien Free as you can see by the
exhibits i have provided there was a finance charge involved.
We know that the Finance Charge is inseparable from the extension of
credit, we also know that the finance charge in connection with any
consumer credit transaction shall be determined as the sum of all charges.
What's a consumer credit transaction? it's a transaction in which the party
to whom credit is EXTENDED is a NATURAL PERSON who's the natural
person? ME, and the money, PROPERTY, or services which are the
subject of the transaction are primarily for personal, family, or household
purposes. The property was the Chevrolet Tahoe and the subject of the
transaction was for personal purposes.
The term "credit" means the right granted by a CREDITOR to a debtor to
defer payment of debt. I granted GM Financial the right to be a creditor and
they  extended my credit back to me.

What's a creditor? The term creditor refers only to a PERSON who both regularly extends consumer credit.

What's a person? The term PERSON is a Natural Person or an organization.

So we both can agree that this was a consumer credit transaction and since it was a consumer credit transaction I paid for it indirectly with my credit card.

What's a credit card? It's any card existing for the purpose of obtaining money, property (the chevy tahoe), labor, or services on credit.

What credit card did I use at the dealership? My social security number, so pursuant to 15 USC 1602o I do not own that credit card. I just administer for it, I have to give it back to the social security administration at their request. I do not owe any debt attached to this credit card. It is connected to the federal reserve but it belongs to the social security administration and the social security administration belongs to the United States and under 18 USC 8 all obligations arising from this credit card are now obligations of the United States.

Now let's break down what was defined pursuant to 15 USC 1605, the finance charge **shall be determined as the sum of all charges.** Now I wasn't the best math student in school but I do know that **SUM** means **TOTAL** so the sum of all charges was the total of all the charges.

And this is why I do not owe anything to GM FINANCIAL.

*This is the Affidavit of Truth that GM Financial has not yet rebutted. An unrebutted Affidavit of Truth stands as truth in laws of commerce.*

1. Affidavit of Truth

2. Notice to all, I, am that I am, the consumer in fact, natural person, original creditor, lendor, executer, administrator, holder in due course for any and all derivatives thereof for the surname/given name AMEZCUA, ARTURO, MICHAEL, and I have been appointed and accept being the executor both public and private for all matters proceeding, and i hereby claim that i will d/b/a AMEZCUA, ARTURO, MICHAEL and autograph as the agent, attorney in fact, so be it;

3. Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, who ever that may be, and i depose the following facts, so be it, now present:

4. Fact, the Truth In Lending Act is to assure a meaningful disclosure of credit terms so that the consumer will be able to compare more readily the various credit terms available to him and I have been uninformed on the use of credit so be it, and;

Fact, the Fair Credit Reporting Act is intended to secure my right to privacy and my privacy has been breached so be it, and;

Fact, the Fair Debt Collection Practice Act was enacted because of abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors so be it, and;

Fact, GM FINANCIAL is the assignee to this contract without recourse so be it, and;

Fact, financial institutions and firms can only extend consumer credit they can not originate it so be it, and;

Fact; nothing in the Fair Debt Collection Act shall be construed to authorize the bringing of legal actions by debt collectors so be it, and;

Fact; the term "debt collector" means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another so be it, and;

Fact; the following conduct is a violation of the Fair Debt Collection Act, the false representation or implication that any individual is an attorney or that any communication is from an attorney so be it, and;

Fact; the failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector so be it, and;

Fact, I am sure the removal of my information from your website, company records, or any and all derivatives therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to my lack of consent and this herein unrebutted Affidavit of Truth being serviced to you today and therefore, standing as truth in commerce, so be it, and;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site, in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and;

Fact, affiant is aware and has proof in the attachment labeled as Exhibits A that GM FINANCIAL is in violation of 15 USC 1605.

Fact, affiant is aware and has proof in the attachment labeled as Exhibit B that GM FINANCIAL is in violation of 15 USC 1605.

Fact, affiant is aware and has proof in the attachment labeled as Exhibit C that GM FINANCIAL is in violation of 15 USC 1605.

Fact, affiant is aware and has proof in the attachment labeled as Exhibit D that GM FINANCIAL is in violation of 15 USC 1692e (2) (A).

Fact, affiant is aware and has proof in the attachment labeled as Exhibit E that GM FINANCIAL is in violation of 15 USC 1635.

Thank You,

5. I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it,

ARTURO MICHAEL AMEZCUA          Signature _____

Sworn to affirmed by and subscribed before me on the _____15TH_____ day of _MAY 2021_,
Year 2021,

_____ Notary Name



_____ Notary Signature

Notary Seal:

SUSAN U. ANGEL
Notary Public – California
Orange County
Commission # 2223965
My Comm. Expires Dec 2, 2021

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**　　　　　　　CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _ORANGE_ 　　　　　　　　　　}

On _MAY 15TH, 2021_ before me, _SUSAN U. ANGEL, NOTARY PUBLIC_
　　　　Date　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _RAMIREZ, LUCIA F. & AMEZCUA, ARTURO MICHAEL_
　　　　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

SUSAN U. ANGEL
Notary Public – California
Orange County
Commission # 2223965
My Comm. Expires Dec 2, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

───────────────── **OPTIONAL** ─────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact
☐ Trustee　　☐ Guardian of Conservator
☐ Other: _____

Signer is Representing: _____

Signer's Name: _____

☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact
☐ Trustee　　☐ Guardian of Conservator
☐ Other: _____

Signer is Representing: _____

©2017 National Notary Association

*Exhibit A*

## ⅃LAW 553-CA-ARB-eps 7/16

### RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number ___N/A___    Contract Number ___N/A___    R.O.S. Number ___N/A___    Stock Number ___MR325558___

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ARTURO M AMEZCUA 7645 EL CAPITAN WAY BUENA PARK, CA 90620 ORANGE | LUCIA F RAMIREZ 7645 EL CAPITAN WAY BUENA PARK, CA 90620 ORANGE | PREMIER CHEVROLET OF BUENA PARK 6195 Auto Center Dr Buena Park, CA 90621 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2021 | CHEVROLET TAHOE | 25 | 1GNSKPKD2MR325558 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $5,500.00 |
|---|---|---|---|---|
| 4.79 % | $ 15,567.61 (e) | $ 85,853.99 (e) | $ 101,421.60 (e) | $ 106,921.60 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 83 | 1,207.40 | Monthly beginning 06/22/21 |
| N/A | N/A | N/A |
| One final payment | 1,207.40 | 05/22/28 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | | Term | Premium |
|---|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | | | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | | | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | | | N/A Mos. | $ N/A |
| Medical N/A | | | N/A Mos. | $ N/A |
| N/A | | | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 7 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____
Co-Buyer Signs X _____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

Buyer Signs X _____    Co-Buyer Signs X _____

# EXHIBIT A

Pursuant to 15 USC 1605  the finance charge is inseparable from the extension of credit, in other words the finance charge is in connection with any consumer credit transaction as this transaction was, with that being said the finance charge is the sum of all charges which is the total amount i should have been charged and nothing more. As you can see that wasn't the case due to the fact that there are 2 other totals in this contract. I was also charged for interest which should have been included in the finance charge. EVERYTHING I POINTED OUT CAN BE FOUND HIGHLIGHTED.

EX H I B I T  B

**LAW 553-CA-ARB-eps 7/16**

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number ___N/A___  Contract Number ___N/A___  R.O.S. Number ___N/A___  Stock Number ___MR325558___

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ARTURO M AMEZCUA<br>7645 EL CAPITAN WAY<br>BUENA PARK, CA 90620<br>ORANGE | LUCIA F RAMIREZ<br>7645 EL CAPITAN WAY<br>BUENA PARK, CA 90620<br>ORANGE | PREMIER CHEVROLET OF BUENA PARK<br>6195 Auto Center Dr<br>Buena Park, CA 90621 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2021 | CHEVROLET TAHOE | 25 | 1GNSKPKD2MR325558 | Personal, family or household unless otherwise indicated below.<br>☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 5,500.00 is |
|---|---|---|---|---|
| 4.79 % | $ 15,567.61 (e) | $ 85,853.99 (e) | $ 101,421.60 (e) | $ 106,921.60 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 83 | 1,207.40 | Monthly beginning 06/22/21 |
| N/A | N/A | N/A |
| One final payment | 1,207.40 | 05/22/28 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | Term | Premium |
|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | | N/A Mos. | $ N/A |
| Bodily Injury | $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage | $ N/A Limits | N/A Mos. | $ N/A |
| Medical | N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____Lucia Rem____
Seller X _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 7 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____
Co-Buyer Signs X _____Lucia Rem____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: ___N/A___

Buyer Signs X _____  Co-Buyer Signs X _____Lucia Rem____

# EXHIBIT B

Pursuant to 15 USC 1605 my car insurance should have been included in the finance charge, Chevy Premier did not allow me to include this right of mine in the finance charge. Due to GM FINANCIAL being the assignee without recourse they are now liable for this fraudulent contract.

*Exhibit C*

**LAW 553-CA-ARB-eps 7/16**

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number ____N/A____   Contract Number ____N/A____   R.O.S. Number ____N/A____   Stock Number ___MR325558___

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ARTURO M AMEZCUA<br>7645 EL CAPITAN WAY<br>BUENA PARK, CA 90620<br>ORANGE | LUCIA F RAMIREZ<br>7645 EL CAPITAN WAY<br>BUENA PARK, CA 90620<br>ORANGE | PREMIER CHEVROLET OF BUENA PARK<br>6195 Auto Center Dr<br>Buena Park, CA 90621 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2021 | CHEVROLET TAHOE | 25 | 1GNSKPKD2MR325558 | Personal, family or household unless otherwise indicated below.<br>☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 5,500.00 is |
|---|---|---|---|---|
| 4.79 % | $ 15,567.61 (e) | $ 85,853.99 (e) | $ 101,421.60 (e) | $ 106,921.60 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 83 | 1,207.40 | Monthly beginning 06/22/21 |
| N/A | N/A | N/A |
| One final payment | 1,207.40 | 05/22/28 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | | Term | Premium |
|---|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | | | N/A Mos. | $ N/A |
| Bodily Injury | $ N/A Limits | | N/A Mos. | $ N/A |
| Property Damage | $ N/A Limits | | N/A Mos. | $ N/A |
| Medical | N/A | | N/A Mos. | $ N/A |
| | N/A | | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 7 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____
Co-Buyer Signs X _____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

Buyer Signs X _____   Co-Buyer Signs X _____

# EXHIBIT C

Pursuant to 15 USC 1605 the finance charge does not include charges of a type payable in a comparable cash transaction, there shouldn't be any down payment due to this being a consumer credit transaction and this vehicle was purchased indirectly with my credit card (social security number). EVERYTHING POINTED OUT CAN BE FOUND HIGHLIGHTED

*Exhibit D*

## 𝕃AW 553-CA-ARB-eps 7/16

### RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number ___N/A___    Contract Number ___N/A___    R.O.S. Number ___N/A___    Stock Number ___MR325558___

| Buyer Name and Address (Including County and Zip Code) ARTURO M AMEZCUA 7645 EL CAPITAN WAY BUENA PARK, CA 90620 ORANGE | Co-Buyer Name and Address (Including County and Zip Code) LUCIA F RAMIREZ 7645 EL CAPITAN WAY BUENA PARK, CA 90620 ORANGE | Seller-Creditor (Name and Address) PREMIER CHEVROLET OF BUENA PARK 6195 Auto Center Dr Buena Park, CA 90621 |
|---|---|---|

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2021 | CHEVROLET TAHOE | 25 | 1GNSKPKD2MR325558 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 5,500.00 |
|---|---|---|---|---|
| 4.79 % | $ 15,567.61 (e) | $ 85,853.99 (e) | $ 101,421.60 (e) | $ 106,921.60 (e) |
| | | | | (e) means an estimate |

**STATEMENT OF INSURANCE**

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | N/A Mos. | $ N/A |
| $ N/A Ded. Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | N/A Mos. | $ N/A |
| Medical N/A | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X _____

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 83 | 1,207.40 | Monthly beginning 06/22/21 |
| N/A | N/A | N/A |
| One final payment | 1,207.40 | 05/22/28 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 7 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____
Co-Buyer Signs X _____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: ___N/A___

Buyer Signs X _____    Co-Buyer Signs X _____    LAW 553-CA-ARB-eps 7/16 v1    Page 1 of 7

# EXHIBIT D

Pursuant to 15 USC 1692e (2) (A) the false and misleading representation of the amount of the alleged debt comes in a positive balance. If it was a debt and it was owed, it should be showing in the negative example  -$100. I can't pay on a positive balance. It doesn't work. If I have $100 in a bank and I add $100 i wouldn't have $0 after would I?
EVERYTHING POINTED OUT CAN BE FOUND HIGHLIGHTED

EXHIBIT E

N/A

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____   Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 7 OF THIS CONTRACT, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _____ Date 05/08/21  Co-Buyer Signature X _____ Date 05/08/21

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X N/A _____   Address N/A _____

GUARANTY: To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X N/A _____ Date N/A   Guarantor X N/A _____ Date N/A
Address N/A _____   Address N/A _____

Seller Signs PREMIER CHEVROLET OF BUENA PARK   Date 05/08/21   By X _____   Title F & I

Buyer Signs X _____   Co-Buyer Signs X _____   LAW 553-CA-ARB-eps 7/16 v1   Page 6 of 7

# EXHIBIT E

Pursuant to 15 USC 1635 in any consumer credit transaction I should have the right to rescind the transaction. Chevy Premier never gave me the proper right to rescind forms nor did they give me any material disclosures on how to exercise those rights as the statute states I should have gotten. A cooling off period is not a right to rescind per federal law.
EVERYTHING POINTED OUT CAN BE FOUND HIGHLIGHTED

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

| Seller assigns its interest in this contract to | GM FINANCIAL | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|---|
| ☐ Assigned with recourse | ☒ Assigned without recourse | ☐ Assigned with limited recourse |

| Seller PREMIER CHEVROLET OF BUENA PARK | By | Title |
|---|---|---|

*This makes GM Financial liable for this contract.*

Buyer Signs X _____   Co-Buyer Signs X _____

ILAW FORM NO. 553-CA-ARB-eps (REV. 7/16)
©2016 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

LAW 553-CA-ARB-eps 7/16 v1   Page 7 of 7

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

PO BOX. 181145
Arlington, TX, 76096

9590 9402 6632 1028 0664 15

Article Number (Transfer from service label)

7021 0350 0000 8515 8690

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X        A. Scott

☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

Return Reciept showing Proof
that GM Financial received my
Affidavit but did not rebutt.

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6632 1028 0664 15

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7045 El Capitan Way
Buena Park CA 90620



# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

May 2020
1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS®**

EJ 778 226 213 US

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 2 1 2021

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPU

### CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)   PHONE ( 657 ) 377-7873

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

### DELIVERY OPTIONS (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

Ronald Reagan Federal Building
411 W 4th St, Room 1053
Santan Ana, CA, 92701-4516

**ZIP + 4®** (U.S. ADDRESSES ONLY)

9 2 7 0 1 - 4 5 1 6

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



CIV. Intake

◄ **PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 90622
Scheduled Delivery Date (MM/DD/YY): 6/21
Postage: $ 26.35

Date Accepted (MM/DD/YY): 6/19
Scheduled Delivery Time: ☐ 10:30 AM ☑ 6:00 PM
Insurance Fee: $   COD Fee: $

Time Accepted: 9:6 ☑ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $   Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 29.20

Weight: 7.2 lbs. ___ ozs.
☐ Flat Rate
Acceptance Employee Initials: SP
$ 2.85

### DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY): ___ Time ___ ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY): ___ Time ___ ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

  

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.



**PRIORITY**
**MAIL**
**EXPRESS**®



**AT RATE ENVELOPE**

ATE ■ ANY WEIGHT

hedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**T US AT USPS.COM®**
**ER FREE SUPPLIES ONLINE**



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.

Arturo M Amezaua
7035 El Capitan ct
Buena Park, CA 90620

Ronald Reagan Federal Building and
United States Courthouse
411 West 4th street, Room 1053
Santa Ana, CA 92701-4516